IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *CHRISTOPHER H. LOWE,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:12-cv-00904 |
| ) | |
| *RAZOR USA, LLC and TOYS "R" US -* ) | **JURY TRIAL DEMANDED** |
| *DELWARE, INC.* ) | |
| ) | |
| Defendants. ) | |

## JOINT MEMORANDUM PASSING CASE FOR SETTLEMENT

COMES NOW the parties, by and through their undersigned counsel, and hereby announce that they have reached a resolution of all matters pending between them.  Therefore, the parties jointly and respectfully request that this Court pass all currently scheduled hearings and deadlines, including, but not limited to, the January 6, 2015, hearing on Plaintiff's Motion to Compel, to allow the parties to finalize their agreements pending the filing of a dismissal, with prejudice, by Plaintiff.

RUDMAN & SMITH, LLC

By: /s/Douglas B. Rudman (w/consent)
Douglas B. Rudman, #41195
2611 S. Big Bend Boulevard
St. Louis, Missouri 63143
Phone:  314-645-7246
Fax:  314-645-4156
Email:  doug@rudmansmithlaw.com

*Attorneys for Plaintiff*

5840793.1

                    SANDBERG PHOENIX & von GONTARD P.C.

By:  /s/Dennis S. Harms
       Mary Anne Mellow, #33351
       Dennis S. Harms, #58937
       600 Washington Avenue - 15th Floor
       St. Louis, MO  63101-1313
       314-231-3332
       314-241-7604 (Fax)
       mmellow@sandbergphoenix.com
       dharms@sandbergphoenix.com

*Attorneys for Defendants*
*Razor USA LLC and Toys "R" Us-Delaware, Inc.*